# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *WICHITA FALLS DIVISION*

STATE OF TEXAS, ET AL
Plaintiff

v.

Civil Action No.

UNITED STATES OF AMERICA, ET AL
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

PLAINTIFF, STATE OF TEXAS

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

United States of America, U.S. Dept. of Educ., and Sec. John B. King, U.S. Dept. of Justice, and U.S. Atty. Gen. Loretta Lynch, and Principal Dep. Atty. Gen. Vanita Gupta, U.S. Equal Employment Opportunity Comm., and Chair Jenny R. Yang, U.S. Dept. of Labor, and Sec. Thomas E. Perez, and Asst. Sec. David Michaels, STATE OF TEXAS, HARROLD INDEPENDENT SCHOOL DISTRICT (TX), STATE OF ALABAMA, STATE OF WISCONSIN, STATE OF WEST VIRGINIA, STATE OF TENNESSEE, ARIZONA DEPARTMENT OF EDUCATION, HEBER-OVERGAARD UNIFIED SCHOOL DISTRICT (AZ), PAUL LEPAGE, GOVERNOR OF THE STATE OF MAINE, Pro Se, STATE OF OKLAHOMA, STATE OF LOUISIANA, STATE OF UTAH, STATE OF GEORGIA

| | |
|---|---|
| Date: | May 25, 2016 |
| Signature: | /s/ Austin R. Nimocks |
| Print Name: | Austin R Nimocks |
| Bar Number: | 24002695 |
| Address: | P.O. Box 12548 |
| City, State, Zip: | Austin, Texas 78711-2548 |
| Telephone: | 512-936-1414 |
| Fax: | 512-936-0545 |
| E-Mail: | Austin.Nimocks@texasattorney |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons