# EXHIBIT O

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS, *et al* | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | CIVIL ACTION NO. 7:16-cv-00054-O |
| UNITED STATES OF AMERICA, *et al* | | |
| Defendants. | | |

## DECLARATION OF KAREN MCKEOWN

My name is Karen McKeown and I am over the age of 18 and fully competent to make this declaration and state the following:

1.  I serve as Administrator for the Division of Public Health at the Wisconsin Department of Health Services (DHS), which is a state agency that oversees many programs related to health and safety in the State of Wisconsin. In my capacity as Administrator, I am generally responsible for overseeing the Division of Public Health, including oversight of certain federal grants.

2.  DHS has applied for, and been awarded, the Centers for Disease Control and Prevention's "Building Resilience Against Climate Effects" (BRACE) project grant since 2012.

3.  DHS has used this grant to conduct vulnerability analyses, strategic planning, best practices, and seek input from stakeholders to enhance the capacity of DHS to predict, prepare for, and respond to extreme weather and climate events.

4. As a specific example, DHS used this grant, in conjunction with the Wisconsin Department of Natural Resources, to develop a workshop about community adaptation to extreme weather and climate in Wisconsin. In 2012, this workshop attracted 50 city and county officials, staff, community leaders, and other stakeholders and experts.

5. DHS anticipates that the BRACE grant will be used in the future for similar presentations, conferences, meetings, and symposia in the future, among other educational activities.

6. It is my understanding that the BRACE grant is just one of many federal grants that DHS has been awarded that requires, as a condition of receipt, compliance with Title IX.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this the 30th day of June, 2016.

_____
Karen McKeown