IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STATE OF TEXAS et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 7:16-cv-00054-O |
| § | |
| UNITED STATES et al., § | |
| § | |
| Defendants. § | |

### ORDER

Before the Court is Plaintiffs' Application for Preliminary Injunction and Agreed Request for Expedited Consideration (ECF No. 11), filed July 6, 2016.  The parties agree that Defendants' Response, if any, should be filed on or before July 27, 2016; and that Plaintiffs' Reply, if any, should be filed on or before August 3, 2016.  *Id*. at 25.  The parties also request a hearing date or August 8, 2016 or August 9, 2016.  *Id*.

Having considered the parties' agreed request for expedited consideration, it is **ORDERED** that Defendants' Response, if any, be filed on or before **July 27, 2016.**  It is further **ORDERED** that Plaintiffs' Reply, if any, be filed on or before **August 3, 2016.**  The Court will schedule a hearing addressing Plaintiffs' Application for Preliminary Injunction at a later date.

**SO ORDERED** on this **7th day** of **July, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE