IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STATE OF TEXAS et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> UNITED STATES et al., § <br> § <br> Defendants. § | Civil Action No. 7:16-cv-00054-O |

## ORDER

Before the Court is Defendants' Unopposed Motion for Leave to File Brief in Excess of Page Limit (ECF No. 29), filed July 26, 2016. Defendants seek leave to file a 30-page Response to Plaintiffs' Application for Preliminary Injunction (ECF No. 11). *Id.* at 1. Defendants indicate that the motion is unopposed. *See id.*

The Court finds that Defendants' Motion is well-taken, and should be and is hereby **GRANTED**. It is **ORDERED** that Defendants may file a brief in response to Plaintiffs' Application for Preliminary Injunction no longer than 30 pages in length.

**SO ORDERED** on this **27th day** of **July, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE