IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>                Plaintiffs,<br>  *versus*<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>                Defendants;<br>_____<br><br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>AMERICAN CIVIL LIBERTIES UNION OF TEXAS,<br>GLBTQ LEGAL ADVOCATES & DEFENDERS,<br>LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC.,<br>NATIONAL CENTER FOR LESBIAN RIGHTS, and<br>TRANSGENDER LAW CENTER,<br><br>                Movants. | CIVIL ACTION NO. 7:16-cv-00054-O |

## **ORDER GRANTING LEAVE TO FILE BRIEF AS *AMICI CURIAE***

Before the Court is the Motion (Dkt No. 38) of American Civil Liberties Union Foundation, American Civil Liberties Union of Texas, GLBTQ Legal Advocates and Defenders, Lambda Legal Defense and Education Fund, Inc., National Center for Lesbian Rights, and Transgender Law Center for leave to file a Brief as *Amici Curiae* in opposition to Plaintiffs' Application for Preliminary Injunction (Dkt. No. 11) and in support of Defendants.

Upon consideration of the motion, the accompanying brief, and the positions

of the parties as represented in the motion, the Court finds the motion should be granted.

**IT IS THEREFORE ORDERED** Movants American Civil Liberties Union Foundation, American Civil Liberties Union of Texas, GLBTQ Legal Advocates and Defenders, Lambda Legal Defense and Education Fund, Inc., National Center for Lesbian Rights, and Transgender Law Center are granted leave to file their brief as *Amici Curiae.*

**IT IS FURTHER ORDERED** that the Clerk shall docket the brief proffered with Movants' motion and shall revise each Movant's designation in the case to *Amicus Curiae.*

Dated: _____, 2016.

                                                    Reed O'Connor
                                           United States District Judge