IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| STATE OF TEXAS, *et al.*,<br><br>     Plaintiffs,<br><br>*versus*<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>     Defendants; | CIVIL ACTION NO. 7:16-cv-00054-O |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Amici American Civil Liberties Union Foundation, American Civil Liberties Union of Texas, GLBTQ Legal Advocates and Defenders, Lambda Legal Defense and Education Fund, Inc., National Center for Lesbian Rights, and Transgender Law Center.

Respectfully submitted this 28th day of July, 2016.

                           *s/ Paul D. Castillo*
                           Paul D. Castillo
                           Texas State Bar No. 24049461
                           pcastillo@lambdalegal.org

                           LAMBDA LEGAL DEFENSE AND
                             EDUCATION FUND, INC.
                           3500 Oak Lawn Avenue, Suite 500
                           Dallas, Texas 75219-6722
                           Telephone:  (214) 219-8585
                           Facsimile:   (214) 219-4455

## CERTIFICATE OF SERVICE

On July 28, 2016, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served counsel of record for Plaintiffs and Defendants electronically through the Court's ECF system.

*s/ Paul D. Castillo*
Paul D. Castillo
