IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § § § § | |
| Plaintiffs, | | |
| v. | § § § | Civil Action No. 7:16-cv-54-O |
| UNITED STATES OF AMERICA et al., | § § § § | |
| Defendants. | § § | |

### ORDER

The Court sets Plaintiffs' Motion for Preliminary Injunction (ECF No. 11) for hearing on **August 12, 2016, at 10:30 am.** Note, because of scheduling conflicts, this hearing will convene in **United States District Judge's 2nd Floor Courtroom of the Eldon B. Mahon Federal Courthouse, 501 W. 10th Street, Fort Worth, Texas.**

SO ORDERED on this **8th day** of **August, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1