IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 7:16-cv-54-O |
| UNITED STATES OF AMERICA et al., | § § § | |
| Defendants. | § § § | |

# ORDER

Before the Court is Defendants' Notice of Pending Litigation (ECF No. 61), filed August 30, 2016. Defendants filed this notice pursuant to the Court's instruction that the parties "file a pleading describing those cases so the Court can appropriately narrow the scope [of this injunction] if appropriate." Order 37, Aug. 21, 2016, ECF No. 58. Defendants attached Exhibit A as list of pending cases to which they are currently involved that relate to the rights of transgender individuals under Title VII and Title IX.

The Court finds that expedited briefing is necessary to resolve Defendants' Notice. *See* L.R. 7.1. Accordingly, it is **ORDERED** that Plaintiffs must file a Response to Defendants' Notice on or before **September 9, 2016.** Should Defendants wish to file a Reply, they may do so on or before **September 14, 2016.**

**SO ORDERED** on this **31st day** of **August, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1