IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| STATE OF TEXAS et al.,<br><br>　Plaintiffs,<br><br>v.<br><br>UNITED STATES et al.,<br><br>　Defendants. | § § § § § § § § § § | Civil Action No. 7:16-cv-00054-O |

## ORDER

Before the Court is Defendants' Motion for Clarification of the Court's Preliminary Injunction Order and Unopposed Request for Expedited Consideration (ECF No. 65), filed September 12, 2016. This motion is set for hearing at **9:30 AM on September 30, 2016. The hearing will take place in the District Judge's Courtroom, 2nd floor, 1000 Lamar Street, Wichita Falls, Texas.**

　SO ORDERED on this **26th day** of **September, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE