**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION**

| | |
|---|---|
| **STATE OF TEXAS**, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA**, et al., )<br>)<br>Defendants. )<br>) | Case No. 7:16-cv-54-O |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants, the United States of America; the United States Department of Education; the United States Department of Justice; the United States Department of Labor; the United States Equal Employment Opportunity Commission; John B. King, Jr., in his official capacity as Secretary of Education; Loretta E. Lynch, in her official capacity as Attorney General of the United States; Vanita Gupta, in her official capacity as Principal Deputy Assistant Attorney General; Thomas E. Perez, in his official capacity as Secretary of Labor; David Michaels, in his official capacity as Assistant Secretary of Labor for Occupational Safety and Health; and Jenny R. Yang, in her official capacity as Chair of the United States Equal Employment Opportunity Commission, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Preliminary Injunction Order, ECF No. 58, entered on August 21, 2016, and from the Order, ECF No. 86, entered on October 18, 2016.

Dated: October 20, 2016                     Respectfully submitted,

                                                      BENJAMIN C. MIZER
                                                    Principal Deputy Assistant Attorney General

                                                      JENNIFER D. RICKETTS
                                                    Director, Federal Programs Branch

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

*/s/ Benjamin L. Berwick*
BENJAMIN L. BERWICK (MA Bar No. 679207)
JAMES BICKFORD (NY Bar No. 5163498)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1 Courthouse Way, Suite 9200
Boston, MA 02210
Telephone: (617) 748-3129
Facsimile: (617) 748-3965
Email: Benjamin.L.Berwick@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, a copy of the foregoing Notice of Appeal was filed electronically via the Court's ECF system, which effects service upon counsel of record.

>                    */s/ Benjamin L. Berwick*
>                    Benjamin L. Berwick