IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**FILED**

**March 03, 2017**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

No. 16-11534
7:16-cv-54-O

STATE OF TEXAS; HARROLD INDEPENDENT SCHOOL DISTRICT (TX);
STATE OF ALABAMA; STATE OF WISCONSIN; STATE OF TENNESSEE;
ARIZONA DEPARTMENT OF EDUCATION; HEBER-OVERGAARD
UNIFIED SCHOOL DISTRICT (AZ); GOVERNOR OF MAINE PAUL
LEPAGE; STATE OF OKLAHOMA; STATE OF LOUISIANA; STATE OF
UTAH; STATE OF GEORGIA; STATE OF WEST VIRGINIA; STATE OF
MISSISSIPPI; STATE OF KENTUCKY,

       Plaintiffs - Appellees

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
EDUCATION; JOHN B. KING, in his Official Capacity as United States
Secretary of Education; UNITED STATES DEPARTMENT OF JUSTICE;
JEFFERSON B. SESSIONS, III, in his Official Capacity as Attorney General
of the United States; VANITA GUPTA, in her Official Capacity as Principal
Deputy Assistant Attorney General; UNITED STATES EQUAL
EMPLOYMENT OPPORTUNITY COMMISSION; JENNY R. YANG, in her
Official Capacity as the Chair of the United States Equal Employment
Opportunity Commission; UNITED STATES DEPARTMENT OF LABOR;
THOMAS E. PEREZ, in his Official Capacity as United States Secretary of
Labor; DAVID MICHAELS, in his Official Capacity as the Assistant
Secretary of Labor for Occupational Safety and Health Administration,

       Defendants - Appellants

Appeal from the United States District Court for the
Northern District of Texas, Wichita Falls

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of March 03, 2017, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

Certified as a true copy and issued
as the mandate on **Mar 03, 2017**

Attest:

**Clerk, U.S. Court of Appeals, Fifth Circuit**