# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 03, 2017

**RECEIVED**  
By Gerdts at 1:59 pm, Mar 03, 2017

Ms. Karen S. Mitchell  
Northern District of Texas, Wichita Falls  
United States District Court  
1000 Lamar Street  
Room 203  
Wichita Falls, TX 76307-0000

    No. 16-11534   State of Texas, et al v. USA, et al  
                      USDC No. 7:16-CV-54

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Melissa V. Mattingly, Deputy Clerk  
                              504-310-7719

cc w/encl:  
    Mr. Benjamin L. Berwick  
    Ms. Marleigh D. Dover  
    Mr. Joseph David Hughes  
    Mr. Scott A. Keller  
    Mr. Philip Lionberger  
    Mr. David Austin Robert Nimocks  
    Mr. Jeffrey Eric Sandberg  
    Ms. Thais-Lyn Trayer  
    Mr. Gene Micah Wissinger